# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| LINDI M. MACON | ) | |
| and LAWRENCE W. MACON | ) | |
| a/k/a LARRY MACON, | ) | |
| Debtors | ) | CASE NO.: 1:13-bk-03503-RNO |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE N.A., | ) | **Nature of Proceeding:** |
| Movant | ) | Motion for Relief from |
| vs. | ) | Automatic Stay |
| | ) | |
| | ) | |
| LINDI M. MACON | ) | |
| and LAWRENCE W. MACON | ) | |
| a/k/a LARRY MACON, | ) | |
| Respondents | ) | |
| and | ) | |
| CHARLES J. DeHART, III | ) | |
| Trustee | ) | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

___  The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

_X_  The undersigned counsel certifies as follows:

  (1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

  _X_  Thirty (30) days.
  ___  Forty-five (45) days.
  ___  Sixty (60) days.

  (2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

  (3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 21, 2017  /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for Capital One Auto Finance,
A Division of Capital One N.A.