UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| LINDI M. MACON | ) | |
| and LAWRENCE W. MACON | ) | |
| a/k/a LARRY MACON, | ) | |
| Debtors | ) | CASE NO.: 1:13-bk-03503-RNO |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE N.A., | ) | **LOCATION:** |
| Movant | ) | U.S. Bankruptcy Court |
| vs. | ) | Middle District of Pennsylvania |
| | ) | Ronald Reagan Federal Building |
| | ) | 228 Walnut Street, Third Floor |
| LINDI M. MACON | ) | Harrisburg, PA 17108 |
| and LAWRENCE W. MACON | ) | |
| a/k/a LARRY MACON, | ) | |
| Respondents | ) | |
| and | ) | |
| CHARLES J. DeHART, III | ) | |
| Trustee | ) | |

**CERTIFICATE OF SERVICE**

I, Jason Brett Schwartz, Esquire, hereby certify that on the 20th day of April, 2017, a true and correct copy of the within *Request to Matter for Hearing* was served upon the following persons at the addresses listed below, by Regular U.S. Mail and/or Electronic Means:

| | |
|---|---|
| Lindi M. Macon | James H. Turner, Esquire |
| Lawrence W. Macon | Turner and O'Connell |
| 111 Summit Street | 4701 North Front Street |
| Oberlin, PA 17113 | Harrisburg, PA 17110 |
| | |
| United States Trustee | Charles J. DeHart, III, Trustee |
| 228 Walnut Street, Suite 1190 | 8125 Adams Drive, Suite A |
| Harrisburg, PA 17101 | Hummelstown, PA 17036 |

                                                                       /s/ Jason Brett Schwartz
                                                                        Jason Brett Schwartz, Esquire