```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 13-03503-RNO
Lindi M Macon                                                 Chapter 13
Lawrence W Macon
        Debtors                   CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: DGeorge              Page 1 of 1            Date Rcvd: Apr 21, 2017
                              Form ID: ortext            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db/jdb         +Lindi M Macon,    Lawrence W Macon,    111 Summit Street,    Oberlin, PA 17113-1129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James H Turner    on behalf of Joint Debtor Lawrence W Macon pat@turnerandoconnell.com
              James H Turner    on behalf of Debtor Lindi M Macon pat@turnerandoconnell.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              Jerome B Blank    on behalf of Creditor    Citimortgage,INC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Citimortgage,INC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 10

Order Text Entries (Form ortext) (03/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lindi M Macon  
Lawrence W Macon  
aka Larry W Macon  
**Debtor(s)**

Chapter: 13

Case number: 1:13−bk−03503−RNO

## ORDER

Order setting Hearing on the Motion for Relief from Automatic Stay of Capital One Auto Finance per the Request to List Matter for hearing. IT IS SO ORDERED on 4/21/2017. /s/Robert N. Opel, II (RE: related document(s)56, 57, 59, [60]). Hearing scheduled for 5/25/2017 at 10:00 AM at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, PA17101. (George, Deborah)