```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 13-03503-RNO
Lindi M Macon                                                 Chapter 13
Lawrence W Macon
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: MMchugh             Page 1 of 1         Date Rcvd: Apr 25, 2017
                            Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db/jdb     +Lindi M Macon,    Lawrence W Macon,    111 Summit Street,    Oberlin, PA 17113-1129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James H Turner    on behalf of Joint Debtor Lawrence W Macon pat@turnerandoconnell.com
              James H Turner    on behalf of Debtor Lindi M Macon pat@turnerandoconnell.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               JSchwartz@mesterschwartz.com, JOttinger@mesterschwartz.com
              Jerome B Blank    on behalf of Creditor    Citimortgage,INC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Citimortgage,INC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ) CHAPTER 13
)
    LINDI M. MACON )
    and LAWRENCE W. MACON )
    a/k/a LARRY MACON, )
        Debtors ) CASE NO.: 1:13-bk-03503-RNO
)
CAPITAL ONE AUTO FINANCE, )
A DIVISION OF CAPITAL ONE N.A., )
        Movant ) **LOCATION:**
    vs. ) U.S. Bankruptcy Court
) Middle District of Pennsylvania
) Ronald Reagan Federal Building
) 228 Walnut Street, Third Floor
LINDI M. MACON ) Harrisburg, PA 17108
and LAWRENCE W. MACON )
a/k/a LARRY MACON, )
        Respondents )
    and )
CHARLES J. DeHART, III )
        Trustee )

## ORDER

IT IS HEREBY ORDERED that the Stipulation filed on April 22, 2017, regarding the above referenced matter is approved.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: April 25, 2017