```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 13-03503-RNO
Lindi M Macon                                                    Chapter 13
Lawrence W Macon
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: REshelman          Page 1 of 1          Date Rcvd: Jul 13, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db/jdb        +Lindi M Macon,    Lawrence W Macon,    111 Summit Street,    Oberlin, PA 17113-1129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
          ECMC    djwilcoxson@ecmc.org
          James Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          James H Turner     on behalf of Joint Debtor Lawrence W Macon pat@turnerandoconnell.com
          James H Turner     on behalf of Debtor Lindi M Macon pat@turnerandoconnell.com
          Jason Brett Schwartz     on behalf of Creditor    Capital One Auto Finance
           JSchwartz@mesterschwartz.com,    JOttinger@mesterschwartz.com
          Jerome B Blank     on behalf of Creditor    Citimortgage,INC pamb@fedphe.com
          Joseph P Schalk     on behalf of Creditor    Citimortgage,INC pamb@fedphe.com
          Joshua I Goldman     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo     on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lindi M. Macon<br>Lawrence W. Macon aka Larry W Macon<br>Debtors | Chapter 13 |
| MidFirst Bank<br>v.<br>Lindi M. Macon<br>Lawrence W. Macon aka Larry W Macon<br>and<br>Charles J. DeHart, III Esq.<br>Trustee | NO. 13-03503 RNO |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on April 2, 2014, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 111 Summit Street, Oberlin, PA 17113.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

Dated: July 13, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)