

01401-PAM-DE-031317467

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 13, 2018</u>, at <u>2:00</u> o'clock <u>PM EDT</u>, <u>Lindi M Macon</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>July 13, 2018</u>             By:     <u>/s/Jeremy  Lark</u>

                                        Name:   <u>Jeremy  Lark</u>

                                        Title:   <u>FCC Manager</u>



01401-PAM-DE-031319778

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 13, 2018</u>, at <u>9:59</u> o'clock <u>PM EDT</u>, <u>Lawrence W Macon</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 13, 2018</u>              By:      <u>/s/Jeremy  Lark</u>

                                      Name:  <u>Jeremy  Lark</u>

                                      Title:  <u>FCC Manager</u>