```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 13-03503-HWV
Lindi M Macon                                                   Chapter 13
Lawrence W Macon
        Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh              Page 1 of 1            Date Rcvd: Mar 19, 2019
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
db/jdb          +Lindi M Macon,    Lawrence W Macon,    111 Summit Street,    Oberlin, PA 17113-1129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James  Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James H Turner     on behalf of Debtor 2 Lawrence W Macon pat@turnerandoconnell.com
              James H Turner     on behalf of Debtor 1 Lindi M Macon pat@turnerandoconnell.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               JSchwartz@mesterschwartz.com
              Jerome B Blank    on behalf of Creditor    Citimortgage,INC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Citimortgage,INC jschalk@barley.com,  sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lindi M Macon, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:13−bk−03503−HWV |
| Lawrence W Macon, | |
| aka Larry W Macon, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−2688    xxx−xx−4229

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 19, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)